UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>FIREEYE, INC., a Delaware Corporation<br><br>　　　　　　　　Defendant(s). | Case No: 13-03133 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Todd Patterson, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FIREEYE, INC. in the above-entitled action. My local co-counsel in this case is Summer Krause, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>DLA PIPER, LLP (US) - 401 Congress Avenue, Suite 2500, Austin, TX 78701-3799 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>DLA PIPER, LLP (US) - 2000 University Avenue, East Palo Alto, CA 94303-2215 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(512) 457-7000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 833-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>todd.patterson@dlapiper.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>summer.krause@dlapiper.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX-24060396.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/11/13

　　　　　　　　　　　　　　　　　　　　　　　Todd Patterson
　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Todd Patterson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/12/2013

　　　　　　　　　　　　　　　　　　　　　*Sandra B. Armstrong*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# Certificate of Good Standing

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

I, **WILLIAM G. PUTNICKI**, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that TODD SCOTT PATTERSON, Texas State Bar No. 24060396, was duly admitted to practice in said Court on June 9, 2011, and is in good standing as a member of the bar of said Court.

Signed at Austin, Texas on August 2, 2013.

WILLIAM G. PUTNICKI, Clerk

BY: _____
Deputy Clerk