| | |
|---|---|
| 1 | JOHN ALLCOCK (Bar No. 98895) |
|   | john.allcock@dlapiper.com |
| 2 | SEAN CUNNINGHAM (Bar No. 174931) |
|   | sean.cunningham@dlapiper.com |
| 3 | KATHRYN RILEY GRASSO (Bar No. 211187) |
|   | kathryn.riley@dlapiper.com |
| 4 | **DLA PIPER LLP (US)** |
|   | 401 B Street, Suite 1700 |
| 5 | San Diego, CA 92101-4297 |
|   | Tel: (619) 699-2700 |
| 6 | Fax: (619) 699-2701 |
| 7 | SUMMER KRAUSE (Bar No. 264858) |
|   | summer.krause@dlapiper.com |
| 8 | **DLA PIPER LLP (US)** |
|   | 2000 University Avenue |
| 9 | East Palo Alto, CA 94303-2215 |
|   | Tel: 650.833.2000 |
| 10 | Fax: 650.833.2001 |
| 11 | TODD S. PATTERSON (pro hac vice) |
|   | Texas Bar No. 24060396 |
| 12 | **DLA PIPER LLP (US)** |
|   | 401 Congress Avenue, Suite 2500 |
| 13 | Austin, TX 78701-3799 |
|   | Telephone: 512-457-7000 |
| 14 | Facsimile: 512-457-7001 |
| 15 | Attorneys for Defendant and Counterclaimant |
|   | FIREEYE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | CASE NO. 13-CV-03133 (SBA) |
| Plaintiff, | **DECLARATION OF SUMMER KRAUSE IN SUPPORT OF FIREEYE'S MOTION FOR STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NOS. 7,058,822, 7,647,633 AND 8,079,086** |
| v. | |
| FIREEYE, INC., a Delaware Corporation, | |
| Defendant. | Date: November 12, 2013 |
| | Time: 1:00 p.m. |
| | Dept.: Courtroom 1 - 4th Floor |
| | Judge: Honorable Saundra B. Armstrong |

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\243129988.1

-1-

KRAUSE DECL. ISO MOTION FOR STAY
CASE NO. 13-CV-03133 (SBA)

I, Summer Krause, submit this declaration in support of FireEye, Inc.'s Motion for Stay of the Case Pending Reexamination of United States Patent Nos. 7,058,822, 7,647,633 and 8,079,086 and declare as follows:

1. I am an attorney at the law firm of DLA Piper LLP (US), attorneys of record for Defendant FireEye, Inc.'s ("FireEye"). If called as a witness, I could and would testify competently to the information set forth in this declaration.

2. Attached as **Exhibit 1** hereto is a true and correct copy of the Jury Verdict from *Finjan, Inc. v. Symantec Corp., Websense, Inc., and Sophos, Inc.*, Ca. No. 10-cv-593-GMS (Dec. 18, 2012).

3. Attached as **Exhibit 2** hereto is a true and correct copy of Ex Parte Reexamination Certificate (9830th) for U.S. Patent No. 6,167,520.

4. Attached as **Exhibit 3** hereto is a true and correct copy of the Request for Ex-Parte Reexamination (Form PTO-SB/57; PTO-1465) Providing Information on U.S. Patent No. 7,058,822.

5. Attached as **Exhibit 4** hereto is a true and correct copy of the Request for Ex-Parte Reexamination (Form PTO-SB/57; PTO-1465) Providing Information on U.S. Patent No. 7,647,633.

6. Attached as **Exhibit 5** hereto is a true and correct copy of the Request for Ex-Parte Reexamination (Form PTO-SB/57; PTO-1465) Providing Information on U.S. Patent No. 8,079,086.

7. Attached as **Exhibit 6** hereto is a true and correct copy of the United States Patent and Trademark Office's most recent statistics regarding *ex parte* reexaminations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on October 7, 2013, at Palo Alto, California.

                                               */s/ Summer Krause*
                                               Summer Krause