## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 10-cv-593 (GMS) |
| SYMANTEC CORP., WEBSENSE, INC., | ) |
| and SOPHOS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## **SPECIAL VERDICT FORM** ·

## A. Finjan, Inc.'s Infringement Claims Against Symantec Corp.

### Literal Infringement of U.S. Patent No. 6,480,962

1. Do you find that Finjan has proven by a preponderance of the evidence that Symantec directly and literally infringes any of the asserted claims of U.S. Patent No. 6,480,962? *A "yes" is a finding for Finjan, a "no" is a finding for Symantec.*

   YES _____          NO __✗__

   [If you answered "Yes" to Question 1], please mark the claims you found to be infringed:

   Claim 1: _____       Claim 5: _____       Claim 6: _____

   Claim 12: _____      Claim 15: _____      Claim 33: _____

   Claim 37: _____      Claim 38: _____      Claim 45: _____

   Claim 52: _____      Claim 55: _____

### Literal Infringement of U.S. Patent No. 6,092,194

2. Do you find that Finjan has proven by a preponderance of the evidence that Symantec directly and literally infringes any of the asserted claims of U.S. Patent No. 6,092,194? *A "yes" is a finding for Finjan, a "no" is a finding for Symantec.*

   YES _____          NO __✗__

   [If you answered "Yes" to Question 2], please mark the claims you found to be infringed:

   Claim 1: _____       Claim 2: _____       Claim 32: _____

   Claim 35: _____      Claim 36: _____      Claim 37: _____

   Claim 58: _____      Claim 65: _____      Claim 66: _____

**B. Finjan, Inc.'s Infringement Claims Against Sophos Inc.**

**Literal Infringement of U.S. Patent No. 6,480,962**

3. Do you find that Finjan has proven by a preponderance of the evidence that Sophos directly and literally infringes any of the asserted claims of U.S. Patent No. 6,480,962? *A "yes" is a finding for Finjan, a "no" is a finding for Sophos.*

YES _____          NO _X____

[If you answered "Yes" to Question 3], please mark the claims you found to be infringed:

Claim 1: _____     Claim 5: _____     Claim 6: _____

Claim 12: _____    Claim 21: _____    Claim 33: _____

Claim 37: _____    Claim 38: _____    Claim 45: _____

Claim 52: _____

**Literal Infringement of U.S. Patent No. 6,092,194**

4. Do you find that Finjan has proven by a preponderance of the evidence that Sophos directly and literally infringes any of the asserted claims of U.S. Patent No. 6,092,194? *A "yes" is a finding for Finjan, a "no" is a finding for Sophos.*

YES _____          NO _X____

[If you answered "Yes" to Question 4], please mark the claims you found to be infringed:

Claim 1: _____     Claim 2: _____     Claim 32: _____

Claim 35: _____    Claim 36: _____    Claim 37: _____

Claim 58: _____    Claim 65: _____    Claim 66: _____

2

## C.    Finjan, Inc.'s Infringement Claims Against Websense, Inc.

### Literal Infringement of U.S. Patent No. 6,092,194

5.  Do you find that Finjan has proven by a preponderance of the evidence that Websense
    directly and literally infringes any of the asserted claims of U.S. Patent No.
    6,092,194?  *A "yes" is a finding for Finjan, a "no" is a finding for Websense.*

    YES _____                NO __✗__

    [If you answered "Yes" to Question 5], please mark the claims you found to be
    infringed:

    Claim 1: _____        Claim 2: _____        Claim 32: _____

    Claim 35: _____       Claim 36: _____       Claim 37: _____

    Claim 58: _____       Claim 65: _____       Claim 66: _____

### Willful Infringement

6.  If you answered "Yes" to Question 5, was Websense's infringement willful?

    YES _____                NO _X___

3

**D.    Defendants' Patent Invalidity Defenses Against Finjan**

<u>Anticipation of U.S. Patent No. 6,092,194</u>

7.  Do you find that any of the Defendants have proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 6,092,194 are invalid because they are anticipated by prior art? *A "yes" is a finding for Defendants, a "no" is a finding for Finjan.*

YES X_____            NO_____

a.   [If you answered "Yes" to Question 7], please identify the claims you found to be anticipated by prior art:

Claim 1: _X___      Claim 2: _x___      Claim 32: _x___

Claim 35: _X___      Claim 36: _X___      Claim 37: _X___

Claim 58: _X___      Claim 65: _x___      Claim 66: _X___

<u>Obviousness of U.S. Patent No. 6,092,194</u>

8.  Do you find that any of the Defendants have proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 6,092,194 are invalid because the prior art makes them obvious? *A "yes" is a finding for Defendants, a "no" is a finding for Finjan.*

YES _X___            NO_____

a.   [If you answered "Yes" to Question 8], please identify the claims you found to be obvious:

Claim 1: _X___      Claim 2: _X___      Claim 32: _X___

Claim 35: _X___      Claim 36: _X___      Claim 37: _x___

Claim 58: _x___      Claim 65: _x___      Claim 66: _X___

4

**Anticipation of U.S. Patent No. 6,480,962**

9. Do you find that either Symantec or Sophos have proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 6,480,962 are invalid because they are anticipated by prior art? *A "yes" is a finding for Symantec and Sophos, a "no" is a finding for Finjan.*

    YES __X__                    NO_____

    a. [If you answered "Yes" to Question 9], please identify the claims you found to be anticipated by prior art:

    | | | |
    |---|---|---|
    | Claim 1: __X__ | Claim 5: __X__ | Claim 6: __X__ |
    | Claim 12: __X__ | Claim 15: __X__ | Claim 21: __X__ |
    | Claim 33: __X__ | Claim 37: __X__ | Claim 38: __X__ |
    | Claim 45: __X__ | Claim 52: __X__ | Claim 55: __X__ |

**Obviousness of U.S. Patent No. 6,480,962**

10. Do you find that either Symantec or Sophos have proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 6,480,962 are invalid because the prior art makes them obvious? *A "yes" is a finding for Symantec and Sophos, a "no" is a finding for Finjan.*

    YES __X__                    NO_____

    a. [If you answered "Yes" to Question 10], please identify the claims you found to be obvious:

    | | | |
    |---|---|---|
    | Claim 1: __X__ | Claim 5: __X__ | Claim 6: __X__ |
    | Claim 12: __X__ | Claim 15: __X__ | Claim 21: __X__ |
    | Claim 33: __X__ | Claim 37: __X__ | Claim 38: __X__ |
    | Claim 45: __X__ | Claim 52: __X__ | Claim 55: __X__ |

### E.  Damages for Finjan's Patent Infringement Claims against Symantec

11. If you have found that the claims of U.S. Patent No. 6,092,194 and U.S. Patent No. 6,480,962 asserted against Symantec are either invalid or not infringed by Symantec, then you need not address damages as to Symantec. If, however, you have found at least one claim of either patent to be both valid and infringed by Symantec, what damages do you find that Finjan has proven by a preponderance of the evidence?

Lump sum royalty: $_____

OR

Royalty rate:            %_____

Royalty base:            $_____

Total Damages:   $_____

### F.  Damages for Finjan's Patent Infringement Claims against Sophos

12. If you have found that the claims of U.S. Patent No. 6,092,194 and U.S. Patent No. 6,480,962 asserted against Sophos are either invalid or not infringed by Sophos, then you need not address damages as to Sophos. If, however, you have found at least one claim of either patent to be both valid and infringed by Sophos, what damages do you find that Finjan has proven by a preponderance of the evidence?

Lump sum royalty: $_____

OR

Royalty rate:            %_____

Royalty base:            $_____

Total Damages:   $_____

6

**G.** **Damages for Finjan's Patent Infringement Claims against Websense**

13. If you have found that the claims of U.S. Patent No. 6,092,194 asserted against Websense are either invalid or not infringed by Websense, then you need not address damages as to Websense. If, however, you have found at least one claim of U.S. Patent No. 6,092,194 to be both valid and infringed by Websense, what damages do you find that Finjan has proven by a preponderance of the evidence?

Lump sum royalty: $_____

OR

Royalty rate: %_____

Royalty base: $_____

Total Damages: $_____

_____

**FOREPERSON**

7