US006167520C1

# (12) EX PARTE REEXAMINATION CERTIFICATE (9830th)
## United States Patent
### Touboul

(10) Number: US 6,167,520 C1
(45) Certificate Issued: Sep. 6, 2013

(54) **SYSTEM AND METHOD FOR PROTECTING A CLIENT DURING RUNTIME FROM HOSTILE DOWNLOADABLES**

(75) Inventor: **Shlomo Touboul**, Kefar-Haim (IL)

(73) Assignee: **Finjan Software, Ltd.**, Kefar-Haim (IL)

**Reexamination Request:**
No. 90/008,684, Jun. 6, 2007

**Reexamination Certificate for:**
Patent No.: **6,167,520**
Issued: **Dec. 26, 2000**
Appl. No.: **08/790,097**
Filed: **Jan. 29, 1997**

Certificate of Correction issued Feb. 7, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/030,639, filed on Nov. 8, 1996.

(51) **Int. Cl.**
*G06F 21/51* (2013.01)
*G06F 21/53* (2013.01)

(52) **U.S. Cl.**
USPC ............................................ **726/23**; 709/225

(58) Field of Classification Search
None
See application file for complete search history.

(56) References Cited

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/008,684, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Majid Banankhah

(57) **ABSTRACT**

A system and method examine execution or interpretation of a Downloadable for operations deemed suspicious or hostile, and respond accordingly. The system includes security rules defining suspicious actions and security policies defining the appropriate responsive actions to rule violations. The system includes an interface for receiving incoming Downloadable and requests made by the Downloadable. The system still further includes a comparator coupled to the interface for examining the Downloadable, requests made by the Downloadable and runtime events to determine whether a security policy has been violated, and a response engine coupled to the comparator for performing a violation-based responsive action.



US 6,167,520 C1

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims **1-8** are cancelled.

\* \* \* \* \*