

United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Ex Parte* Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam* on 07/01/81…………….....................   12569
    - a. By patent owner                                                     3872    31%
    - b. by other member of the public                                       8532    68%
    - c. By order of Commissioner                                             165     1%

2. Number a. Chemical Operation                                              3373    27%
    - b. Electrical Operation                                                4831    38%
    - c. Mechanical Operation                                                4178    33%
    - d. Design Patents                                                       187     1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |

4. Number known to be in litigation……………………………………………………………   3994    32%

5. Decisions on requests…………………………………………………………………………..   11737
    - a. No. granted……………………………………………………………..   10755    92%
        - (1) By examiner                                                    10762
        - (2) By Director (on petition)                                        122
    - b. No. denied………………………………………………………………   982     8%
        - (1) By examiner                                                      961
        - (2) Reexam vacated                                                    35

6. Total examiner denials (includes denials reversed by Director)…………..................   1078
    - a. Patent owner requester                                               496    46%
    - b. Third party requester                                                582    54%

7. Overall reexamination pendency (Filing date to certificate issue date)
    - a. Average pendency                                                    27.9   (mos.)
    - b. Median pendency                                                     20.5   (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | 21% |
| b. All calims cancled | 8% | 12% | 24% | 11% |
| c. Claims changed | 71% | 66% | 65% | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 9328
    a. Certificates with all claims confirmed    2029    22%
    b. Certificates with all claims canceled    1063    11%
    c. Certificates with claims changes    6236    67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER    3176
        a. All claims confirmed    669    21%
        b. All calims cancled    280    9%
        c. Claims changed    2227    70%
    b. Certificates – 3rd PARTY REQUESTER    6026
        a. All claims confirmed    1348    22%
        b. All calims cancled    745    12%
        c. Claims changed    3933    65%
    c. Certificates – COMMISSIONER INITIATED REEXAM    164
        a. All claims confirmed    18    11%
        b. All calims cancled    38    23%
        c. Claims changed    108    66%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

*Ex Parte* Reexamination Filing Data  -  September 30, 2011

1. Total requests filed since start of *ex parte* reexam on 07/01/81....................................11782[1]

   a. By patent owner                        3801        33%
   b. By other member of public              7815        66%
   c. By order of Commissioner                166         1%

2. Number of filings by discipline

   a. Chemical Operation                     3211        27%
   b. Electrical Operation                   4405        37%
   c. Mechanical Operation                   3987        34%
   d. Design Patents                          179         2%

3. Annual *Ex Parte* Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
   | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
   | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
   | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
   | 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
   | 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
   | 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
   | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation………....………….....................3894……………33%

5. Decisions on requests……………………………………………………………..11262

   a. No. granted……………………………………………………  10333…………...92%

      (1) By examiner                               10213
      (2) By Director (on petition)                   120

   b. No. denied ………………………………………………….......929…………......8%

      (1) By examiner                                 894
      (2) Reexam vacated                               35

---

[1] Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of 35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6. Total examiner denials (includes denials reversed by Director)……….........................1014

   a. Patent owner requester                      476           47%
   b. Third party requester                       538           53%

7. Overall reexamination pendency (Filing date to certificate issue date)

   a. Average pendency                            25.6 (mos.)
   b. Median pendency                             19.9 (mos.)

8. Reexam certificate claim analysis:    Owner      3rd Party    Comm'r
                                         Requester  Requester    Initiated    Overall

   a. All claims confirmed               21%        24%          11%          23%
   b. All claims cancelled               9%         12%          23%          11%
   c. Claims changes                     70%        64%          66%          66%

9. Total *ex parte* reexamination certificates issued (1981 – present) ………………………8578

   a. Certificates with all claims confirmed               1943          23%
   b. Certificates with all claims canceled                974           11%
   c. Certificates with claims changes                     5661          66%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER …………………………………….. 3040

       (1) All claims confirmed                  651           21%
       (2) All claims canceled                   264           9%
       (3) Claim changes                         2125          70%

    b. Certificates – 3rd PARTY REQUESTER …………………………………………….. 5380

       (1) All claims confirmed                  1274          24%
       (2) All claims canceled                   674           12%
       (3) Claim changes                         3432          64%

    c. Certificates – COMMISSIONER INITIATED REEXAM …………..………......158

       (1) All claims confirmed                  18            11%
       (2) All claims canceled                   36            23%
       (3) Claim changes                         104           66%

2



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Ex Parte* Reexamination Filing Data - September 30, 2010

1. Total requests filed since start of *ex parte* reexam on 07/01/81.................................. 11023[1]

   a. By patent owner     3697    34%
   b. By other member of public     7161    65%
   c. By order of Commissioner     165    1%

2. Number of filings by discipline

   a. Chemical Operation     3068    28%
   b. Electrical Operation     4010    36%
   c. Mechanical Operation     3771    34%
   d. Design Patents     174    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation………....…………................... .3568……………32%

5. Decisions on requests……………………………………………………………..10495

   a. No. granted………………………………………………………… …9648…………....92%

      (1) By examiner     9534
      (2) By Director (on petition)     114

   b. No. denied ……………………………………………………………847…………......8%

      (1) By examiner     812
      (2) Reexam vacated     35

---

[1] Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director)…………........................926

    a. Patent owner requester                                              451          49%
    b. Third party requester                                                   475          51%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                                                  25.5 (mos.)
    b. Median pendency                                                     20.0 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 22% | 25% | 12% | 23% |
| b. All claims cancelled | 8% | 13% | 23% | 12% |
| c. Claims changes | 70% | 62% | 65% | 65% |

9. Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

    a. Certificates with all claims confirmed                         1817        23%
    b. Certificates with all claims canceled                             893        12%
    c. Certificates with claims changes                                     5072        65%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER …………………………………..2947

        (1) All claims confirmed                                       638        22%
        (2) All claims canceled                                         251         8%
        (3) Claim changes                                                2058       70%

    b. Certificates – 3rd PARTY REQUESTER …………………………………………..4681

        (1) All claims confirmed                                      1161       25%
        (2) All claims canceled                                           607        13%
        (3) Claim changes                                                2913       62%

    c. Certificates – COMMISSIONER INITIATED REEXAM …………..………......154

        (1) All claims confirmed                                         18         12%
        (2) All claims canceled                                             35         23%
        (3) Claim changes                                                 101        65%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Ex Parte* Reexamination Filing Data - September 30, 2009

1. Total requests filed since start of *ex parte* reexam on 07/01/81 .................................. 10243[1]

    a. By patent owner                3634    35%
    b. By other member of public      6444    63%
    c. By order of Commissioner        165     2%

2. Number of filings by discipline

    a. Chemical Operation             2931    29%
    b. Electrical Operation           3596    35%
    c. Mechanical Operation           3554    34%
    d. Design Patents                  162     2%

3. Annual *Ex Parte* Reexam Filings

    | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation…………...……….…................. .3221……………31%

5. Decisions on requests…………………………………………………………………...9833

    a. No. granted……………………………………………………… …9041…………....92%

        (1) By examiner                 8928
        (2) By Director (on petition)    113

    b. No. denied …………………………………………………………792…………......8%

        (1) By examiner                 757
        (2) Reexam vacated               35

---

[1] Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6. Total examiner denials (includes denials reversed by Director)…………........................870

    a. Patent owner requester      445      51%
    b. Third party requester      425      49%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency      25.2 (mos.)
    b. Median pendency      19.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 22% | 26% | 12% | 25% |
| b. All claims cancelled | 8% | 13% | 23% | 11% |
| c. Claims changes | 70% | 61% | 65% | 64% |

9. Total *ex parte* reexamination certificates issued (1981 – present) ………………………7089

    a. Certificates with all claims confirmed      1725      25%
    b. Certificates with all claims canceled      807      11%
    c. Certificates with claims changes      4557      64%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER …………………………………..2827

        (1) All claims confirmed      625      22%
        (2) All claims canceled      233      8%
        (3) Claim changes      1969      70%

    b. Certificates – 3rd PARTY REQUESTER …………………………………………..4111

        (1) All claims confirmed      1082      26%
        (2) All claims canceled      540      13%
        (3) Claim changes      2489      61%

    c. Certificates – COMMISSIONER INITIATED REEXAM …………..………......151

        (1) All claims confirmed      18      12%
        (2) All claims canceled      34      23%
        (3) Claim changes      99      65%



UNITED STATES PATENT AND TRADEMARK OFFICE

> Commissioner for Patents
> United States Patent and Trademark Office
> P.O. Box 1450
> Alexandria, VA 22313-1450
> www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  September 30, 2008

1. Total requests filed since start of *ex partes* reexam on 07/01/81 .................................. 9585[1]

    a. By patent owner                     3567     37%
    b. By other member of public           5853     61%
    c. By order of Commissioner             165      2%

2. Number of filings by discipline

    a. Chemical Operation                  2811     29%
    b. Electrical Operation                3261     34%
    c. Mechanical Operation                3357     35%
    d. Design Patents                       156      2%

3. Annual Ex Parte Reexam Filings

    | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation………...………….................. .2849………........30%

5. Decisions on requests………………………………………………………………...9219

    a. No. granted……………………………………………………… …8467………….....92%

        (1) By examiner                     8354
        (2) By Director (on petition)        113

    b. No. denied ……………………………………………………………752…………......8%

        (1) By examiner                      717
        (2) Reexam vacated                    35

---

[1] Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6.  Total examiner denials (includes denials reserved by Director)…………........................830

    a.  Patent owner requester                                441         53%
    b.  Third party requester                                 389         47%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency                                      24.5 (mos.)
    b.  Median pendency                                       19.0 (mos.)

8.  Reexam certificate claim analysis:      Owner       3rd Party    Comm'r
                                            Requester   Requester       Initiated    Overall

    a.  All claims confirmed                22%         28%             12%          25%
    b.  All claims cancelled                8%          13%             21%          11%
    c.  Claims changes                      70%         59%             67%          64%

9.  Total ex parte reexamination certificates issued (1981 – present) ………………………6457

    a.  Certificates with all claims confirmed              1624        25%
    b.  Certificates with all claims canceled               721         11%
    c.  Certificates with claims changes                    4112        64%

10. Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates – PATENT OWNER REQUESTER ……………………………………..2722

        (1) All claims confirmed                            611         22%
        (2) All claims canceled                             214          8%
        (3) Claim changes                                   1897        70%

    b.  Certificates – 3rd PARTY REQUESTER ……………………………………………..3588

        (1) All claims confirmed                            995         28%
        (2) All claims canceled                             476         13%
        (3) Claim changes                                   2117        59%

    c.  Certificates – COMM'R INITIATED REEXAM ………………….…………........147

        (1) All claims confirmed                            18          12%
        (2) All claims canceled                             31          21%
        (3) Claim changes                                   98          67%