| | |
|---|---|
| 1 | JOHN ALLCOCK (Bar No. 98895) |
|   | john.allcock@dlapiper.com |
| 2 | SEAN CUNNINGHAM (Bar No. 174931) |
|   | sean.cunningham@dlapiper.com |
| 3 | KATHRYN RILEY GRASSO (Bar No. 211187) |
|   | kathryn.riley@dlapiper.com |
| 4 | **DLA PIPER LLP (US)** |
|   | 401 B Street, Suite 1700 |
| 5 | San Diego, CA  92101-4297 |
|   | Tel:  (619) 699-2700 |
| 6 | Fax:  (619) 699-2701 |
| 7 | SUMMER KRAUSE (Bar No. 264858) |
|   | summer.krause@dlapiper.com |
| 8 | **DLA PIPER LLP (US)** |
|   | 2000 University Avenue |
| 9 | East Palo Alto, CA  94303-2215 |
|   | Tel:  650.833.2000 |
| 10 | Fax:  650.833.2001 |
| 11 | TODD S. PATTERSON (pro hac vice) |
|   | Texas Bar No. 24060396 |
| 12 | **DLA PIPER LLP (US)** |
|   | 401 Congress Avenue, Suite 2500 |
| 13 | Austin, TX  78701-3799 |
|   | Telephone:  512-457-7000 |
| 14 | Facsimile:   512-457-7001 |
| 15 | Attorneys for Defendant and Counterclaimant |
|   | FIREEYE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | CASE NO. CV 13-CV-03133 (SBA) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT FIREEYE, INC.'S NOTICE OF MOTION AND MOTION FOR STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NOS. 7,058,822, 7,647,633 AND 8,079,086** |
| v. | |
| FIREEYE, INC., a Delaware Corporation, | |
| Defendant. | |
| | Date: November 12, 2013 |
| | Time: 1:00 p.m. |
| | Dept.: Courtroom 1 - 4th Floor |
| | Judge: Honorable Saundra B. Armstrong |

Having considered the papers submitted and arguments presented in support of and in opposition to FireEye, Inc.'s Motion for Stay of the Case Pending Reexamination of United States Patent Nos. 7,058,822, 7,647,633 and 8,079,086 ("Motion to Stay"), IT IS HEREBY ORDERED that FireEye's Motion to Stay is GRANTED.

Staying this case pending reexamination of the Reexam Patents will promote judicial economy and simplify the issues in this case and will not unduly prejudice Finjan, Inc. ("Finjan"). *See, e.g., Ho Keung Tse v. Apple Inc.,* 2007 WL 2904279 at *2 (N.D. Cal. 2007) (Armstrong, J.). A stay of the case at this early stage of the litigation will permit the Court and the parties to benefit from the United States Patent and Trademark Office's ("PTO") initial guidance on the invalidity issue.

This case shall be stayed until the PTO either denies the reexamination requests, issues its final office action or issues a reexamination certificate. At that time, the Court and the parties shall determine whether a further stay is warranted.

IT IS SO ORDERED.


Dated: _____, 2013

_____
SAUNDRA B. ARMSTRONG
United States District Court Judge