PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

BENU WELLS (appearance *pro hac vice*)
bwells@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Plaintiff*
FINJAN, INC.

JOHN ALLCOCK (Bar No. 98895)
john.allcock@dlapiper.com
SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (Bar No. 211187)
kathryn.riley@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

SUMMER KRAUSE (Bar No. 264858)
summer.krause@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

*Attorneys for Defendant*
FIREEYE, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIREEYE, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: CV13-03133-SBA<br><br>**STIPULATION AND ORDER REQUESTING EXTENSION OF THE DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION**<br><br>Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. CV13-03133-SBA
REQUESTING EXTENSION OF THE MEDIATION DEADLINE

## RECITALS

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12, and ADR Local Rule 6-5, Plaintiff Finjan, Inc. and Defendant FireEye, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby stipulate to the following request to extend the deadline for the Parties to complete mediation:

WHEREAS, on September 23, 2013 the Court granted the Parties' stipulation to select mediation as the Alternative Dispute Resolution (ADR) process, to be completed by the presumptive deadline of December 23, 2013 (Dkt. No. 20);

WHEREAS, on October 25, 2013, Julie Mar-Spinola was appointed Mediator by ADR Clerk's Notice (Dkt. No. 38);

WHEREAS, on December 5, 2013, the Parties received an email from Alice Fiel, ADR Case Administrator, informing the Parties that Julie Mar-Spinola was unable to conduct the mediation due to a family emergency;

WHEREAS, on December 5, 2013, the ADR Clerk sent the Parties notices vacating the appointment of Julie Mar-Spinola as Mediator and scheduling an ADR Phone Conference for December 12, 2013 (Dkt. Nos. 44, 45);

WHEREAS, on December 12, 2013, counsel for the Parties attended the ADR Phone Conference and consulted with Daniel Bowling, an ADR Administrator in the ADR Office for the Northern District of California, regarding the appointment of a new mediator and extending the deadline to complete mediation to accommodate this process;

WHEREAS, the Parties agreed during the ADR Phone Conference that in order for mediation to be effective, the deadline to complete mediation should be February 28, 2014;

WHEREAS, the Parties were instructed during the ADR Phone Conference to prepare the instant stipulation and advised that the ADR Office would provide a bench memorandum to the Court

regarding the ADR Phone Conference;

WHEREAS, the requested extension of time should not have any material effect on the schedule in this case.

## STIPULATION

NOW THEREFORE, by request of the ADR Office for the Northern District of California, the Parties hereby stipulate and request that the deadline for the Parties to complete mediation be extended from December 23, 2013 to February 28, 2014.

Respectfully submitted,

Dated: December 13, 2013                KRAMER LEVIN NAFTALIS & FRANKEL LLP

*/s/ Lisa Kobialka*

LISA KOBIALKA

Counsel for Plaintiff,
FINJAN, INC.

Dated: December 13, 2013                DLA PIPER LLP (US)

*/s/ Kathryn Riley Grasso*

KATHRYN RILEY GRASSO

Counsel for Defendant,
FIREYE, INC.

## ATTESTATION PURSUANT TO L.R. 5-1(i)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka

2

STIPULATION AND [PROPOSED] ORDER                CASE NO. CV13-03133-SBA
REQUESTING EXTENSION OF THE MEDIATION DEADLINE

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for the Parties to complete mediation in this matter is extended from December 23, 2013 to February 28, 2014.

Dated: 12/16/2013

_____
The Honorable Saundra Brown Armstrong
United States District Judge