SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (Bar No. 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  (619) 699-2700
Fax:  (619) 699-2701

RYAN W. COBB (Bar No. 277608)
ryan.cobb@dlapiper.com
SUMMER KRAUSE (Bar No. 264858)
summer.krause@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

TODD S. PATTERSON (pro hac vice)
Texas Bar No. 24060396
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX  78701-3799
Telephone:  512-457-7000
Facsimile:  512-457-7001

Attorneys for Defendant and Counterclaimant
FIREEYE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | CASE NO. CV 13-CV-03133 (SBA) |
| Plaintiff, | **ORDER RE: ADMINISTRATIVE MOTION FOR TEMPORARY SUSPENSION OF PATENT LOCAL RULE 3-3 DEADLINE** |
| v. | |
| FIREEYE, INC., a Delaware Corporation, | |
| Defendant. | |

WEST\247938587.1

-1-

DLA PIPER LLP (US)

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION FOR
TEMPORARY SUSPENSION OF PATENT LOCAL RULE 3-3 DEADLINE
CASE NO. CV 13-03133 (SBA)

1   The Court has considered Defendant, FireEye, Inc.'s Administrative Motion for Temporary Suspension of Patent Local Rule 3-3 Deadline and finds that a procedural schedule has not yet been set in this case and FireEye's Motion for Stay of the Case Pending Reexamination of United States Patent Nos. 7,058,822, 7,647,633 and 8,079,086 ("Motion for Stay") is pending before the Court. Dkt. 28. Absent a temporary suspension of this deadline, the parties will be forced to expend significant time and expense preparing detailed contentions and meeting claim construction deadlines. All of this effort would be wasted if the Court later grants FireEye's motion to stay and one or more of Finjan's patents are cancelled or modified during reexamination. Therefore, the Court grants a brief suspension of the Patent Local Rule 3-3 deadline until after Court rules on FireEye's motion for stay and/or enters a scheduling order. If the Court grants the motion to stay, all case deadlines will be stayed. If the Court denies the motion to stay, FireEye will abide by the Patent Local Rule deadlines in the scheduling order set by the Court.

IT IS SO ORDERED.

Dated: _____May 7_____, 2014

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Court Judge