1  SEAN CUNNINGHAM (Bar No. 174931)
   sean.cunningham@dlapiper.com
2  KATHRYN RILEY GRASSO (Bar No. 211187)
   kathryn.riley@dlapiper.com
3  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
4  San Diego, CA  92101-4297
   Tel:  (619) 699-2700
5  Fax:  (619) 699-2701

6  RYAN W. COBB (Bar No. 277608)
   ryan.cobb@dlapiper.com
7  SUMMER KRAUSE (Bar No. 264858)
   summer.krause@dlapiper.com
8  **DLA PIPER LLP (US)**
   2000 University Avenue
9  East Palo Alto, CA  94303-2215
   Tel:  650.833.2000
10 Fax:  650.833.2001

11 TODD S. PATTERSON (pro hac vice)
   Texas Bar No. 24060396
12 **DLA PIPER LLP (US)**
   401 Congress Avenue, Suite 2500
13 Austin, TX  78701-3799
   Telephone:  512-457-7000
14 Facsimile:   512-457-7001

15 Attorneys for Defendant and Counterclaimant
   FIREEYE, INC.

16

17                         UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19                                OAKLAND DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIREEYE, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. CV 13-CV-03133 (SBA)<br><br>[PROPOSED] ORDER RE: FIREEYE, INC.'S MOTION FOR EXTENSION OF THE DEADLINE FOR PARTIES TO COMPLETE MEDIATION |

WEST\247975084.1                    -1-
[PROPOSED] ORDER RE: FIREEYE'S MOTION FOR EXTENSION OF
THE DEADLINE FOR PARTIES TO COMPLETE MEDIATION
CASE NO. 13-CV-03133 (SBA)

DLA PIPER LLP (US)
EAST PALO ALTO

1  The Court has considered Defendant, FireEye, Inc.'s Motion for Extension of Deadline for
2  the Parties to Complete Mediation and finds that the deadline for the Parties to complete
3  mediation in this matter is extended from April 28, 2014, until 60 days after either (a) the Court
4  has ruled on FireEye's pending Motion for Stay of the Case, or (b) the Court holds an initial case
5  management conference ("CMC"), whichever is later.

8  IT IS SO ORDERED.

11  Dated: _____May 7__, 2014          _____
12                                       SAUNDRA B. ARMSTRONG
                                         United States District Court Judge

WEST\247975084.1                          -2-
DLA Piper LLP (US)
East Palo Alto
                                    [PROPOSED] ORDER RE: FIREEYE'S MOTION FOR EXTENSION OF
                                    THE DEADLINE FOR PARTIES TO COMPLETE MEDIATION
                                    CASE NO. 13-CV-03133 (SBA)