PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

JOHN ALLCOCK (Bar No. 98895)
john.allcock@dlapiper.com
SEAN CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
KATHRYN RILEY GRASSO (Bar No. 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  (619) 699-2700
Fax:  (619) 699-2701

SUMMER K. TORREZ (Bar No. 264858)
summer.krause@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant,
FIREEYE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FIREEYE, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 13-CV-03133-SBA<br><br>**JOINT STATUS REPORT** |

Pursuant to the terms of the Order Granting Motion to Stay Pending Reexamination (Dkt. No. 72), Plaintiff Finjan, Inc. ("Finjan") and Defendant FireEye, Inc. ("FireEye") hereby provide the Court with the following status update.

## I. STATUS OF THE LITIGATION

Pursuant to the Court's Order Dated June 2, 2014 (Dkt. No. 72), this case has been stayed pending reexamination of U.S. Patents Nos. 7,058,822 and 7,647,633.

## II. STATUS OF THE REEXAMINATION PROCEEDINGS

### A. U.S. Patent No. 7,058,822 (the "'822 Patent") – Control No. 90/013,017

FireEye originally filed an *ex parte* reexamination request for the '822 Patent on October 7, 2013 seeking *ex parte* reexamination of claims 1-8 and 16-27. On December 6, 2013, the Patent Office granted reexamination of the '822 Patent and initially rejected all claims for which FireEye requested reexamination. On March 6, 2014, Finjan responded to the initial rejection. On September 8, 2014, the Patent Office issued a final rejection of all reexamined claims. On October 8, 2014, Finjan responded requesting further examination following the final rejection of all claims with proposed amendments. On October 23, 2014, the Patent Office issued an advisory action, rejecting Finjan's request for further examination with the proposed amendments. On February 26, 2015, Finjan filed an appeal of the Patent Office's decision to the Patent Trial and Appeal Board. On March 30, 2015, the corresponding Examiner's Answer was filed by the Patent Office. On June 1, 2015, Finjan filed a reply brief in response to Examiner's Answer. On November 3, 2015, an oral hearing was held before the Patent Trial and Appeal Board.

### B. U.S. Patent No. 7,647,633 (the "'633 Patent") – Control No. 90/013,016

FireEye originally filed an *ex parte* reexamination request for the '633 Patent on October 7, 2013 seeking *ex parte* reexamination of claims 1-7 and 28-33. On November 19, 2013, the Patent Office granted the reexamination of the '633 Patent and initially rejected all claims for

which FireEye requested reexamination. On February 19, 2014, Finjan responded to the initial rejection, including proposing claim amendments to present new claims 42-52. On May 22, 2015, a final rejection was issued by the Patent Office that entered the claim amendments and rejected claims 1-7, 28-33 and 42-52. On August 24, 2015, Finjan filed an appeal of the Patent Office's decision to the Patent Trial and Appeal Board.

Respectfully submitted,

DATED: November 30, 2015

By: */s/ James Hannah*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

Attorneys for Plaintiff
FINJAN, INC.

Respectfully submitted,

DATED: November 30, 2015

By: */s/Todd Patterson*
SUMMER K. TORREZ (Bar No. 264858)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001
summer.krause@dlapiper.com

JOHN ALLCOCK (Bar No. 98895)
SEAN CUNNINGHAM (Bar No. 174931)
KATHRYN RILEY GRASSO (Bar No. 211187)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701
john.allcock@dlapiper.com
sean.cunningham@dlapiper.com

| | |
|---|---|
| 1 | kathryn.riley@dlapiper.com |
| 2 | Attorneys for Defendant<br>FIREEYE, INC. |
| 3 | |

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By: */s/ James Hannah*
James Hannah (State Bar No. 237978)